IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAYMOND K. HEDGESPETH, JR.,

    Plaintiff,

v.

THE STATE OF WISCONSIN,
DEPARTMENT OF HEALTH SERVICES
and ALL EMPLOYEES CONNECTED
TOT HE COMMITMENT OF CHAPTER
980 AND ALL THE PATIENTS SO
CONFINED,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-167-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Raymond K. Hedgespeth leave to proceed on his claims that defendants violated his rights under the Constitution and dismissing his state law claims without prejudice for lack of subject matter jurisdiction.

/s/  
Peter Oppeneer, Clerk of Court

8/14/2013  
Date